IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                Chapter 13

   Zachary R. Littlefield and                   Case No. 10-33305
   Jamie S. Littlefield,

               Debtor(s).                       Honorable D. Calendar

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES PNC Bank, National Association (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about October 21, 2010, Movant filed its Proof of Claim as Claim Number 13 for a sum of $5,851.38 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on October 29, 2010, and confirmed on November 5, 2010, set-forth a pre-petition arrearage amount owed to PNC Mortgage, in the amount of $5,851.38.

3. Movant's pre-petition arrears of $5,851.38 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to Movant were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for attorney fees in the amount of $250.00 and $27.00 in post-petition property inspection fees incurred in this bankruptcy case.

-2-

WHEREFORE, PNC Bank, National Association, prays that the Court declare that the post-petition fees and costs are not current at this time.

PNC Bank, National Association,

By: */s/ Heather M. Giannino*
One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719